| PROB 22 | DOCKET NUMBER *(Tran. Court)* |
| (Rev. 2/88) | 0650 1:10CR00013 - 5 |
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT<br>Middle District of Tennessee | DIVISION<br>Nashville |
|---|---|---|
| JOHNNY TURRENTINE | NAME OF SENTENCING JUDGE<br>The Honorable Todd J. Campbell, U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>05/06/2016 | TO<br>05/05/2021 |

OFFENSE

Conspiracy to Commit Human Trafficking; 18:1594(c); Class A Felony

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the __Middle District of North Carolina__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_____Jan 5, 2018_____                    _____[signature]_____
Date                                                       U.S. District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

United States District Court for the MIDDLE DISTRICT OF NORTH CAROLINA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____                    _____
*Effective Date*                                     *U.S. District Judge*

Assigned Officer Initials  (JPP)